

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00766-CR

Matthew Hernandez **YANEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10156
Honorable Laura Lee Parker, Judge Presiding

## O R D E R

The reporter's record was due on November 14, 2022. After the due date, on November 28, 2022, court reporter Erminia Uviedo filed a notification of late reporter's record, requesting until December 20, 2022, to complete the record, and stating that she did not receive notice of the appeal until November 18, 2022.

The court reporter's request is **granted**. The reporter's record is due on December 20, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court